In the Matter of the Complaint under Section 56 of the Election Law, respecting the Certificates of Nomination of THE CITIZENS UNION; WILLIAM McCLOSKEY, Appellant; THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF NEW YORK, Respondent.

*Matter of Certificates of Citizens Union,* 21 App. Div. 626, affirmed.
(Argued October 25, 1897; decided October 25, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 19, 1897, which affirmed an order of the Special Term sustaining the determination of the board of police commissioners of the city of New York overruling written objections to the certificates of nomination filed by the Citizens Union.

*Roger M. Sherman, Stillman F. Kneeland* and *Otto Irving Wise* for appellant.

*Horace E. Deming, Joseph Larocque, Simon Sterne* and *William B. Hornblower* for Citizens Union.

*Theodore Connoly* for the board of police commissioners, respondent.

Order affirmed.